**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GENARO E. CRUZ,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-71 |
| v. | : | (JUDGE MANNION) |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social Security,** | | |
| | : | |
| Defendant | | |
| | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's appeal of the Commissioner's decision denying his claims for SSI and DIB, **(Doc. 1)**, is **DENIED**.

**(2)** The decision of the Commissioner of Social Security denying the plaintiff's claims for SSI and DIB is **AFFIRMED**.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 13, 2019**
17-71-01-ORDER.wpd